IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATELYN HANKS, | ) |
|        Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 3:19-CV-02937 |
| RONSTE, LTD., | ) |
|        Defendant. | ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KATELYN HANKS ("Plaintiff") and Defendant, RONSTE, LTD. ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, RONSTE, LTD., and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 28th day of January, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

>/s/      Larry L. Fowler, Jr.
> Larry L. Fowler, Jr.
> State Bar No. 07321900
> Pope, Hardwicke, Christie, Schell, et al.
> 1000 Ballpark Way, Suite 300
> Arlington, TX  76011
> Phone: (817) 369-8985
> lfowler@popehardwicke.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

> /s/  Douglas S. Schapiro
> Douglas S. Schapiro, Esq.
> Northern District of Texas ID No. 54538FL
> .